# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
# AT NASHVILLE

## EARL VANTREASE, JR. v. STATE OF TENNESSEE

**Circuit Court for Hickman County**
**No. 12CV43**

---

**No. M2012-02023-CCA-R3-HC - Filed June 4, 2013**

---

## ORDER ON PETITION TO REHEAR

The appellant, Earl Vantrease, Jr., has timely filed a petition to rehear pursuant to Tennessee Rule of Appellate Procedure 39.  Having reviewed the appellant's petition, we conclude that he presents no arguments entitling him to a rehearing.  This Court, therefore, concludes that the petition is not well taken.  The petition to rehear is, accordingly, denied.

> Robert W. Wedemeyer, Judge
> Jerry L. Smith, Judge
> Jeffrey S. Bivins, Judge, Not Participating